```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANA M. MEREGILDO,                                                  :
                                                                   :
                             Plaintiff,                            :
                                                                   :         20-cv-4361 (LJL)
          -v-                                                      :
                                                                   :         ORDER
COMMISSIONER OF SOCIAL SECURITY,                                   :
                                                                   :
                             Defendant.                            :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a Stipulation and Order, filed at Dkt. No. 28 on October 31, 2021.  The Stipulation and Order contains two different sums to be paid by Defendant to Plaintiff.  It is hereby ORDERED that no later than December 13, 2021, the parties shall file on the docket a revised Stipulation and Proposed Order containing the sum that Defendant shall pay to Plaintiff pursuant to the agreement between the parties.

      SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                      LEWIS J. LIMAN
                                          United States District Judge